| AO 10<br>Rev. 1/2021 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2020** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Greenaway, Joseph A. | 2. Court or Organization<br><br>U.S. Court of Appeals for the Third Circuit | 3. Date of Report<br><br>5/12/2021 |
|---|---|---|
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active Article III | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2020<br>**to**<br>12/31/2020 |
| **7. Chambers or Office Address**<br><br>U.S. P.O. & Federal Courthouse<br>Federal Square and Walnut St.<br>Newark, NJ 07101 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Associate Editor | ABA Litigation Magazine |
| 2. | Trustee | ▇▇▇▇▇▇▇▇▇▇ |
| 3. | Trustee | ▇▇▇▇▇▇ |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 94-96 | Johnson & Johnson Employee Savings Plan |
| 2. 95-96 | Johnson & Johnson Pension Plan |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 5/12/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | ▬▬▬ - teaching | $17,475.00 |
| 2. 2020 | ▬▬▬ - teaching | $10,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | ▬▬▬ |
| 2. 2020 | self employed ▬▬▬ |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 5/12/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. American Express | Credit Card | K |
| 2. Citibank Mastercard | Credit Card | K |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greenaway, Joseph A.** | 5/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Merck common stock | A | Dividend | J | T | Buy (add'l) | 04/01/20 | J | | |
| 2. | | | | | Sold (part) | 05/15/20 | J | A | |
| 3. | | | | | Buy (add'l) | 10/15/20 | J | | |
| 4.   Microsoft | A | Dividend | K | T | Buy (add'l) | 04/01/20 | J | | |
| 5. | | | | | Sold (part) | 05/15/20 | J | A | |
| 6. | | | | | Sold (part) | 06/03/20 | J | A | |
| 7. | | | | | Sold (part) | 07/16/20 | J | A | |
| 8. | | | | | Buy (add'l) | 10/15/20 | K | | |
| 9. | | | | | Sold (part) | 11/11/20 | J | | |
| 10.   McDonalds common stock (Y) | | | | | | | | | |
| 11.   Johnson & Johnson common stock | E | Dividend | O | T | | | | | |
| 12.   U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 13.   Citibank (checking & savings) | A | Interest | J | T | | | | | |
| 14.   Disney common stock | | None | K | T | | | | | |
| 15.   Intel common stock | A | Dividend | J | T | Buy (add'l) | 03/20/20 | J | | |
| 16. | | | | | Sold (part) | 05/15/20 | J | A | |
| 17. | | | | | Sold (part) | 09/22/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greenaway, Joseph A.** | 5/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Johnson & Johnson 401(k) Diversified Equity Fund | D | Dividend | O | T | | | | | |
| 19. GE common stock (Y) | | | | | | | | | |
| 20. Pfizer common stock | A | Dividend | J | T | | | | | |
| 21. Comcast common stock | A | Dividend | J | T | Sold (part) | 05/15/20 | J | A | |
| 22. | | | | | Buy (add'l) | 10/15/20 | J | | |
| 23. Wells Fargo Securities IRA money market cash sweeps account | | None | J | T | | | | | |
| 24. Northwestern Mutual Life Insurance (whole life) | | None | M | W | | | | | |
| 25. Alphabet common stock | | None | K | T | Buy (add'l) | 04/01/20 | J | | |
| 26. | | | | | Sold (part) | 05/15/20 | J | B | |
| 27. | | | | | Buy (add'l) | 10/14/20 | J | | |
| 28. Apple common stock | A | Dividend | K | T | Buy (add'l) | 03/19/20 | J | | |
| 29. | | | | | Buy (add'l) | 04/01/20 | J | | |
| 30. | | | | | Sold (part) | 05/15/20 | J | B | |
| 31. | | | | | Sold (part) | 07/16/20 | J | A | |
| 32. | | | | | Sold (part) | 09/03/20 | J | A | |
| 33. | | | | | Buy (add'l) | 10/15/20 | J | | |
| 34. | | | | | Sold (part) | 11/11/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greenaway, Joseph A.** | 5/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Facebook | | None | K | T | Buy (add'l) | 03/20/20 | J | | |
| 36. | | | | | Buy (add'l) | 04/01/20 | J | | |
| 37. | | | | | Sold (part) | 05/15/20 | J | C | |
| 38. | | | | | Buy (add'l) | 10/15/20 | J | | |
| 39. Chase Bank | A | Interest | J | T | | | | | |
| 40. Amazon | | None | K | T | Sold (part) | 05/15/20 | J | C | |
| 41. | | | | | Buy (add'l) | 10/15/20 | J | | |
| 42. ▮▮▮▮ Ret. Plan for Offs. Vanguard Target Retirement 2035 | B | Dividend | | | Buy (add'l) | 01/01/20 | J | | |
| 43. | | | | | Buy (add'l) | 01/15/20 | J | | |
| 44. | | | | | Buy (add'l) | 02/03/20 | J | | |
| 45. | | | | | Buy (add'l) | 02/17/20 | J | | |
| 46. | | | | | Buy (add'l) | 03/02/20 | J | | |
| 47. | | | | | Buy (add'l) | 03/16/20 | J | | |
| 48. | | | | | Buy (add'l) | 04/01/20 | J | | |
| 49. | | | | | Buy (add'l) | 04/15/20 | J | | |
| 50. | | | | | Buy (add'l) | 05/01/20 | J | | |
| 51. | | | | | Sold | 05/01/20 | M | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greenaway, Joseph A.** | 5/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ▨ Ret. Plan for Offs. Vanguard Wellesley Income Fund Adm. | B | Dividend | M | T | Buy | 05/01/20 | M | | |
| 53. | | | | | Buy (add'l) | 05/15/20 | J | | |
| 54. | | | | | Buy (add'l) | 06/01/20 | J | | |
| 55. | | | | | Buy (add'l) | 06/15/20 | J | | |
| 56. | | | | | Buy (add'l) | 07/01/20 | J | | |
| 57. | | | | | Buy (add'l) | 07/15/20 | J | | |
| 58. | | | | | Buy (add'l) | 08/03/20 | J | | |
| 59. | | | | | Buy (add'l) | 08/17/20 | J | | |
| 60. | | | | | Buy (add'l) | 09/01/20 | J | | |
| 61. | | | | | Buy (add'l) | 09/15/20 | J | | |
| 62. | | | | | Buy (add'l) | 10/01/20 | J | | |
| 63. | | | | | Buy (add'l) | 10/15/20 | J | | |
| 64. | | | | | Buy (add'l) | 11/02/20 | J | | |
| 65. | | | | | Buy (add'l) | 11/16/20 | J | | |
| 66. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 67. | | | | | Buy (add'l) | 12/15/20 | J | | |
| 68. ▨ Vol. Ret. Sav. Plan Vanguard Target Retirement 2035 | B | Dividend | | | Buy (add'l) | 01/01/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greenaway, Joseph A.** | 5/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Buy<br>(add'l) | 01/15/20 | J | | |
| 70. | | | | | Buy<br>(add'l) | 02/03/20 | J | | |
| 71. | | | | | Buy<br>(add'l) | 02/17/20 | J | | |
| 72. | | | | | Buy<br>(add'l) | 03/02/20 | J | | |
| 73. | | | | | Buy<br>(add'l) | 03/16/20 | J | | |
| 74. | | | | | Buy<br>(add'l) | 04/01/20 | J | | |
| 75. | | | | | Buy<br>(add'l) | 04/15/20 | J | | |
| 76. | | | | | Buy<br>(add'l) | 05/01/20 | J | | |
| 77. | | | | | Sold | 05/01/20 | N | | |
| 78.        Vol. Ret. Sav. Plan<br>Vanguard Wellesley Income Fund Adm. | C | Dividend | N | T | Buy | 05/01/20 | N | | |
| 79. | | | | | Buy<br>(add'l) | 05/15/20 | J | | |
| 80. | | | | | Buy<br>(add'l) | 06/01/20 | J | | |
| 81. | | | | | Buy<br>(add'l) | 06/15/20 | J | | |
| 82. | | | | | Buy<br>(add'l) | 07/01/20 | J | | |
| 83. | | | | | Buy<br>(add'l) | 07/15/20 | J | | |
| 84. | | | | | Buy<br>(add'l) | 08/03/20 | J | | |
| 85. | | | | | Buy<br>(add'l) | 08/17/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greenaway, Joseph A.** | 5/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 09/01/20 | J | | |
| 87. | | | | | Buy (add'l) | 09/15/20 | J | | |
| 88. | | | | | Buy (add'l) | 10/01/20 | J | | |
| 89. | | | | | Buy (add'l) | 10/15/20 | J | | |
| 90. | | | | | Buy (add'l) | 11/02/20 | J | | |
| 91. | | | | | Buy (add'l) | 11/16/20 | J | | |
| 92. | | | | | Buy (add'l) | 12/01/20 | J | | |
| 93. | | | | | Buy (add'l) | 12/15/20 | J | | |
| 94. Applied Materials Inc. | A | Dividend | J | T | Sold (part) | 05/15/20 | J | A | |
| 95. | | | | | Buy (add'l) | 10/15/20 | J | | |
| 96. Becton Dickinson | A | Dividend | | | Sold (part) | 05/15/20 | J | A | |
| 97. | | | | | Sold | 09/22/20 | J | A | |
| 98. Berkshire Hathaway | | None | | | Sold (part) | 05/15/20 | J | | |
| 99. | | | | | Sold | 06/03/20 | J | A | |
| 100. Blackrock, Inc. common stock | A | Dividend | J | T | Sold (part) | 05/15/20 | J | A | |
| 101. | | | | | Buy (add'l) | 10/15/20 | J | | |
| 102. Broadcom LTD | A | Dividend | | | Sold | 03/20/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greenaway, Joseph A.** | 5/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. California St. Dept. 3.127% 12/01/29 | A | Interest | J | T | | | | | |
| 104. Chevron Corp. | A | Dividend | J | T | Buy (add'l) | 04/01/20 | J | | |
| 105. | | | | | Sold (part) | 05/15/20 | J | | |
| 106. | | | | | Buy (add'l) | 10/15/20 | J | | |
| 107. Danaher Corp. | A | Dividend | J | T | Buy (add'l) | 03/19/20 | J | | |
| 108. | | | | | Sold (part) | 05/15/20 | J | A | |
| 109. | | | | | Buy (add'l) | 10/15/20 | J | | |
| 110. | | | | | Sold (part) | 11/11/20 | J | B | |
| 111. Deere & Co. | A | Dividend | J | T | Buy (add'l) | 04/01/20 | J | | |
| 112. | | | | | Sold (part) | 05/15/20 | J | | |
| 113. | | | | | Buy (add'l) | 10/15/20 | J | | |
| 114. Discover Bank CD 2.35% 9/13/22 | A | Interest | J | T | Sold (part) | 10/14/20 | J | A | |
| 115. Durham NC LTD 3.3% 10/1/27 | A | Interest | J | T | Sold (part) | 10/14/20 | K | A | |
| 116. Federated Prime Cash Obligations (see note) | A | Dividend | | | Buy (add'l) | 01/02/20 | J | | |
| 117. | | | | | Sold | 03/02/20 | J | | |
| 118. NML FDIC Insured Bank account | A | Interest | K | T | Open | 03/02/20 | K | | |
| 119. FedEx Corp. | A | Dividend | | | Sold | 01/14/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greenaway, Joseph A.** | 5/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  Honeywell International Inc. | A | Dividend | J | T | Buy<br>(add'l) | 03/19/20 | J | | |
| 121. | | | | | Sold<br>(part) | 05/15/20 | J | | |
| 122. | | | | | Buy<br>(add'l) | 10/15/20 | J | | |
| 123.  Intercontinental Exchange | A | Dividend | J | T | Sold<br>(part) | 05/15/20 | J | A | |
| 124. | | | | | Buy<br>(add'l) | 10/15/20 | J | | |
| 125. | | | | | Sold<br>(part) | 11/11/20 | J | | |
| 126.  iShares Core S&P 500 ETF | A | Dividend | K | T | Buy<br>(add'l) | 04/01/20 | K | | |
| 127. | | | | | Sold<br>(part) | 05/15/20 | K | A | |
| 128. | | | | | Sold<br>(part) | 07/16/20 | J | A | |
| 129. | | | | | Buy<br>(add'l) | 10/15/20 | K | | |
| 130.  iShares Core S&P Mid Cap ETF | A | Dividend | | | Sold | 05/13/20 | K | | |
| 131.  iShares Core S&P Small Cap ETF | A | Dividend | L | T | Sold<br>(part) | 05/15/20 | J | | |
| 132. | | | | | Buy<br>(add'l) | 10/15/20 | K | | |
| 133.  iShares S&P Midcap 400 Growth ETF | A | Dividend | | | Sold | 05/13/20 | K | | |
| 134.  JP Morgan Chase common stock | A | Dividend | J | T | Sold<br>(part) | 01/14/20 | J | A | |
| 135. | | | | | Buy<br>(add'l) | 03/19/20 | J | | |
| 136. | | | | | Buy<br>(add'l) | 04/01/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greenaway, Joseph A.** | 5/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Sold<br>(part) | 05/15/20 | J | | |
| 138. | | | | | Buy<br>(add'l) | 10/15/20 | J | | |
| 139.  Las Vegas Sands | A | Dividend | J | T | Buy<br>(add'l) | 04/01/20 | J | | |
| 140. | | | | | Sold<br>(part) | 05/15/20 | J | | |
| 141. | | | | | Buy<br>(add'l) | 10/15/20 | J | | |
| 142.  Mastercard, Inc. | A | Dividend | J | T | Buy<br>(add'l) | 04/01/20 | J | | |
| 143. | | | | | Sold<br>(part) | 05/15/20 | J | B | |
| 144. | | | | | Buy<br>(add'l) | 10/15/20 | J | | |
| 145.  Matthews Pacific Tiger Inst. | A | Dividend | L | T | Buy<br>(add'l) | 04/01/20 | J | | |
| 146. | C | Distribution | | | Sold<br>(part) | 05/15/20 | K | | |
| 147. | | | | | Buy<br>(add'l) | 10/15/20 | K | | |
| 148.  New York, NY 3.05% 10/01/29 | A | Interest | | | Sold | 10/14/20 | J | A | |
| 149.  Nike Inc. | A | Dividend | J | T | Sold<br>(part) | 05/15/20 | J | A | |
| 150. | | | | | Buy<br>(add'l) | 10/15/20 | J | | |
| 151.  Pepsico Inc. | A | Dividend | J | T | Sold<br>(part) | 01/14/20 | J | A | |
| 152. | | | | | Buy<br>(add'l) | 03/19/20 | J | | |
| 153. | | | | | Sold<br>(part) | 05/15/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greenaway, Joseph A.** | 5/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 09/22/20 | J | A | |
| 155. | | | | | Buy (add'l) | 10/15/20 | J | | |
| 156.  Pioneer Natural Resources Co. | A | Dividend | | | Sold (part) | 01/14/20 | J | | |
| 157. | | | | | Sold | 03/13/20 | J | | |
| 158.  Procter & Gamble Co. | A | Dividend | J | T | Sold (part) | 05/15/20 | J | A | |
| 159. | | | | | Buy (add'l) | 10/15/20 | J | | |
| 160.  Progressive Corp. Ohio | A | Dividend | J | T | Buy (add'l) | 03/19/20 | J | | |
| 161. | | | | | Sold (part) | 05/15/20 | J | A | |
| 162. | | | | | Buy (add'l) | 10/15/20 | J | | |
| 163. | | | | | Sold (part) | 11/11/20 | J | | |
| 164.  Salesforce.com | | None | J | T | Buy (add'l) | 04/01/20 | J | | |
| 165. | | | | | Sold (part) | 05/15/20 | J | A | |
| 166. | | | | | Buy (add'l) | 10/15/20 | J | | |
| 167. | | | | | Sold (part) | 11/11/20 | J | | |
| 168.  Starbucks Corp. | A | Dividend | J | T | Buy (add'l) | 04/01/20 | J | | |
| 169. | | | | | Sold (part) | 05/15/20 | J | A | |
| 170. | | | | | Buy (add'l) | 10/15/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greenaway, Joseph A.** | 5/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  Sysco Corp. | A | Dividend | J | T | Sold<br>(part) | 01/14/20 | J | A | |
| 172. | | | | | Buy<br>(add'l) | 04/01/20 | J | | |
| 173. | | | | | Sold<br>(part) | 05/15/20 | J | | |
| 174. | | | | | Buy<br>(add'l) | 10/15/20 | J | | |
| 175.  Texas Instruments | A | Dividend | J | T | Buy<br>(add'l) | 03/19/20 | J | | |
| 176. | | | | | Sold<br>(part) | 05/15/20 | J | A | |
| 177. | | | | | Buy<br>(add'l) | 10/15/20 | J | | |
| 178.  Union Pacific Corp | A | Dividend | J | T | Buy<br>(add'l) | 03/19/20 | J | | |
| 179. | | | | | Buy<br>(add'l) | 04/01/20 | J | | |
| 180. | | | | | Sold<br>(part) | 05/15/20 | J | A | |
| 181. | | | | | Buy<br>(add'l) | 10/15/20 | J | | |
| 182.  United Health Group Inc. | A | Dividend | J | T | Sold<br>(part) | 05/15/20 | J | A | |
| 183. | | | | | Buy<br>(add'l) | 10/15/20 | J | | |
| 184.  Univ. of Hawaii 3.28% 10/1/27 | A | Interest | J | T | Sold<br>(part) | 10/14/20 | K | B | |
| 185.  Univ. of Hawaii 3.38% 10/1/28 | B | Interest | J | T | Sold<br>(part) | 10/14/20 | K | B | |
| 186.  Vanguard FTSE Developed Markets ETF | A | Dividend | | | Sold | 04/29/20 | L | | |
| 187.  Vanguard FTSE Emerging Markets ETF | A | Dividend | | | Sold | 04/28/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greenaway, Joseph A.** | 5/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. Vanguard REIT ETF | A | Dividend | K | T | Buy<br>(add'l) | 04/01/20 | J | | |
| 189. | | | | | Sold<br>(part) | 05/15/20 | J | | |
| 190. | | | | | Buy<br>(add'l) | 10/15/20 | J | | |
| 191. Vanguard S/T Investment Grade FD-ADM | A | Dividend | | | Sold | 03/31/20 | J | | |
| 192. Activision Blizzard Inc. | A | Dividend | J | T | Sold<br>(part) | 05/15/20 | J | A | |
| 193. | | | | | Buy<br>(add'l) | 10/14/20 | J | | |
| 194. Adobe Systems 3.25% 2/1/25 | A | Interest | J | T | Sold<br>(part) | 10/14/20 | J | A | |
| 195. American Express | A | Dividend | J | T | Sold<br>(part) | 05/15/20 | J | | |
| 196. | | | | | Buy<br>(add'l) | 10/15/20 | J | | |
| 197. Apple, Inc. 3.35% 2/09/27 | A | Interest | J | T | Sold<br>(part) | 10/14/20 | J | A | |
| 198. Boeing | A | Dividend | | | Sold | 03/20/20 | J | | |
| 199. Boston Scientific | | None | J | T | Sold<br>(part) | 05/15/20 | J | | |
| 200. | | | | | Buy<br>(add'l) | 10/15/20 | J | | |
| 201. | | | | | Buy<br>(add'l) | 11/11/20 | J | | |
| 202. BP Capital Markets PLC 3.588% | A | Interest | J | T | Sold<br>(part) | 10/14/20 | J | B | |
| 203. Citigroup Inc. | A | Dividend | J | T | Sold<br>(part) | 03/20/20 | J | | |
| 204. | | | | | Buy<br>(add'l) | 06/05/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greenaway, Joseph A.** | 5/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. | | | | | Buy<br>(add'l) | 10/15/20 | J | | |
| 206. | | | | | Buy<br>(add'l) | 11/11/20 | J | | |
| 207.  DWS Enhanced Commodity Strat Instl | A | Dividend | | | Sold<br>(part) | 04/24/20 | J | | |
| 208. | | | | | Sold | 08/31/20 | J | | |
| 209.  FFCB 2.33% 9/14/29 | A | Interest | | | Redeemed | 04/28/20 | J | | |
| 210.  FHLB 3.45% 3/22/28 | A | Interest | J | T | | | | | |
| 211.  Home Depot | A | Dividend | J | T | Buy<br>(add'l) | 10/15/20 | J | | |
| 212. | | | | | Sold<br>(part) | 11/11/20 | J | | |
| 213.  LAM Research Corp | A | Dividend | J | T | Buy<br>(add'l) | 04/01/20 | J | | |
| 214. | | | | | Sold<br>(part) | 05/15/20 | J | A | |
| 215. | | | | | Buy<br>(add'l) | 10/15/20 | J | | |
| 216.  Lockheed Martin | A | Dividend | J | T | Sold<br>(part) | 05/15/20 | J | A | |
| 217. | | | | | Buy<br>(add'l) | 10/15/20 | J | | |
| 218.  Morgan Stanley CD 2.4% | A | Interest | | | Sold | 10/14/20 | K | A | |
| 219.  Morgan Stanley CD 2.7% | A | Interest | | | Sold | 10/14/20 | K | A | |
| 220.  PIMCO Commodity PL Strat-P | A | Dividend | K | T | Buy<br>(add'l) | 05/15/20 | J | | |
| 221. | | | | | Buy<br>(add'l) | 10/15/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greenaway, Joseph A.** | 5/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐　　NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222.  Royal Caribbean Cruises LTD | A | Dividend | | | Sold | 03/13/20 | J | | |
| 223.  Thermofisher Scientific | A | Dividend | J | T | Buy (add'l) | 03/19/20 | J | | |
| 224. | | | | | Sold (part) | 05/15/20 | J | A | |
| 225. | | | | | Buy (add'l) | 10/15/20 | J | | |
| 226. | | | | | Sold (part) | 11/11/20 | J | B | |
| 227.  US Treasury Notes 2.25% 3/31/20 | A | Interest | | | Sold | 03/20/20 | M | | |
| 228.  Vanguard Materials ETF | A | Dividend | J | T | Sold (part) | 05/15/20 | J | | |
| 229. | | | | | Buy (add'l) | 06/03/20 | J | | |
| 230. | | | | | Buy (add'l) | 09/22/20 | J | | |
| 231. | | | | | Buy (add'l) | 10/15/20 | J | | |
| 232.  Vanguard Utilities ETF | A | Dividend | J | T | Buy (add'l) | 03/19/20 | J | | |
| 233. | | | | | Buy (add'l) | 04/01/20 | J | | |
| 234. | | | | | Sold (part) | 05/15/20 | J | | |
| 235. | | | | | Buy (add'l) | 10/15/20 | J | | |
| 236.  Abbott Labs | A | Dividend | J | T | Buy (add'l) | 03/19/20 | J | | |
| 237. | | | | | Sold (part) | 05/15/20 | J | A | |
| 238. | | | | | Buy (add'l) | 10/14/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greenaway, Joseph A.** | 5/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Abilene, TX 2.872% 2/15/31 | A | Interest | | | Sold | 10/14/20 | K | A | |
| 240. Adobe Inc. | A | Dividend | J | T | Sold (part) | 05/15/20 | J | A | |
| 241. | | | | | Buy (add'l) | 10/14/20 | J | | |
| 242. | | | | | Sold (part) | 11/11/20 | J | | |
| 243. Charles Schwab 3.2% 3/2/27 | A | Interest | J | T | Sold (part) | 10/14/20 | J | B | |
| 244. CME Group Inc. | A | Dividend | J | T | Buy (add'l) | 03/19/20 | J | | |
| 245. | | | | | Buy (add'l) | 03/20/20 | J | | |
| 246. | | | | | Sold (part) | 05/15/20 | J | A | |
| 247. | | | | | Buy (add'l) | 06/03/20 | J | | |
| 248. | | | | | Buy (add'l) | 10/15/20 | J | | |
| 249. Delta Airlines | A | Dividend | | | Sold | 03/15/20 | J | | |
| 250. FFCB 3.03% 1/12/28 | A | Interest | J | T | Sold (part) | 10/14/20 | J | A | |
| 251. FMI International Fund | | None | | | Sold (part) | 05/15/20 | J | | |
| 252. | | | | | Sold | 05/28/20 | K | | |
| 253. Fort Collins, CO 3.859% 12/1/30 | A | Interest | J | T | Sold (part) | 10/14/20 | K | A | |
| 254. Goldman Sachs Group 3.75% 2/25/26 | A | Interest | J | T | Sold (part) | 10/14/20 | J | B | |
| 255. GS International Small Cap Insights | A | Dividend | K | T | Sold (part) | 05/15/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greenaway, Joseph A.** | 5/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256. | | | | | Buy<br>(add'l) | 05/28/20 | J | | |
| 257. | | | | | Buy<br>(add'l) | 10/15/20 | K | | |
| 258. Home Depot 3.35% 9/15/25 | A | Interest | | | Sold<br>(part) | 05/15/20 | J | A | |
| 259. | | | | | Sold | 10/14/20 | K | B | |
| 260. IQVIA Holdings | | None | | | Sold | 03/13/20 | J | | |
| 261. JP Morgan Chase V-Q 3.54% 5/1/28 | A | Interest | J | T | Sold<br>(part) | 10/14/20 | J | B | |
| 262. Miami-Dade County FL 3.656% 10/1/34 | A | Interest | J | T | Sold<br>(part) | 10/14/20 | J | | |
| 263. Monster Beverage | | None | J | T | Sold<br>(part) | 05/15/20 | J | A | |
| 264. | | | | | Buy<br>(add'l) | 10/15/20 | J | | |
| 265. NVIDIA | A | Dividend | J | T | Sold<br>(part) | 05/15/20 | J | B | |
| 266. | | | | | Buy<br>(add'l) | 10/15/20 | J | | |
| 267. Shell International 3.875% 11/13/28 | A | Interest | J | T | Sold<br>(part) | 10/14/20 | J | B | |
| 268. US Treasury Notes 3.125% 11/15/28 | B | Interest | K | T | Sold<br>(part) | 03/30/20 | L | A | |
| 269. | | | | | Sold<br>(part) | 04/29/20 | J | A | |
| 270. Valero Energy Corp. | A | Dividend | J | T | Sold<br>(part) | 03/20/20 | J | | |
| 271. | | | | | Buy<br>(add'l) | 11/11/20 | J | | |
| 272. Vanguard Federal Money Market Fund (Y) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 5/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 273.  VISA Inc. CL A | A | Dividend | J | T | Buy<br>(add'l) | 03/19/20 | J | | |
| 274. | | | | | Buy<br>(add'l) | 03/20/20 | J | | |
| 275. | | | | | Sold<br>(part) | 05/15/20 | J | A | |
| 276. | | | | | Buy<br>(add'l) | 10/15/20 | J | | |
| 277.  Anthem Inc. | A | Dividend | J | T | Buy | 03/13/20 | J | | |
| 278. | | | | | Sold<br>(part) | 05/15/20 | J | A | |
| 279. | | | | | Buy<br>(add'l) | 06/03/20 | J | | |
| 280. | | | | | Buy<br>(add'l) | 10/15/20 | J | | |
| 281.  Bank of America | A | Dividend | J | T | Buy | 03/20/20 | J | | |
| 282. | | | | | Sold<br>(part) | 05/15/20 | J | A | |
| 283. | | | | | Buy<br>(add'l) | 10/15/20 | J | | |
| 284. | | | | | Buy<br>(add'l) | 11/11/20 | J | | |
| 285.  Beaverton OR bond 2.526% 6/1/34 | A | Interest | J | T | Buy | 06/11/20 | K | | |
| 286. | | | | | Sold<br>(part) | 10/14/20 | K | | |
| 287.  Columbus OH CTF Dep 1.15% 5/29/25 | | None | | | Buy | 05/27/20 | K | | |
| 288. | | | | | Sold | 10/14/20 | K | | |
| 289.  Constellation Brands | A | Dividend | J | T | Buy | 09/03/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 5/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy (add'l) | 10/15/20 | J | | |
| 291. Costco Wholesale Corp. | A | Dividend | J | T | Buy | 01/14/20 | J | | |
| 292. | | | | | Buy (add'l) | 03/13/20 | J | | |
| 293. | | | | | Buy (add'l) | 03/19/20 | J | | |
| 294. | | | | | Sold (part) | 05/15/20 | J | | |
| 295. | | | | | Buy (add'l) | 10/15/20 | J | | |
| 296. CSX Corp. | A | Dividend | J | T | Buy | 06/03/20 | J | | |
| 297. | | | | | Buy (add'l) | 10/15/20 | J | | |
| 298. FFCB 1.09% 6/4/27 | A | Interest | | | Buy | 06/08/20 | K | | |
| 299. | | | | | Sold (part) | 10/14/20 | J | A | |
| 300. | | | | | Redeemed | 12/21/20 | J | | |
| 301. FHLB 2.05% 3/19/35 | A | Interest | J | T | Buy | 04/14/20 | J | | |
| 302. | B | Distribution | J | T | Sold (part) | 10/14/20 | J | | |
| 303. FNMA GTD REMIC Pass Thru 1.5% 7/25/50 | | None | | | Buy | 06/29/20 | K | | |
| 304. | | | | | Sold | 07/01/20 | K | | |
| 305. FISERV Inc. | | None | J | T | Buy | 09/22/20 | J | | |
| 306. | | | | | Buy (add'l) | 10/15/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greenaway, Joseph A.** | 5/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Buy (add'l) | 11/11/20 | J | | |
| 308. Global Pmts. Inc. | A | Dividend | J | T | Buy | 09/22/20 | J | | |
| 309. | | | | | Buy (add'l) | 10/15/20 | J | | |
| 310. | | | | | Buy (add'l) | 11/11/20 | J | | |
| 311. Hilton Worldwide Holdings | | None | J | T | Buy | 11/11/20 | J | | |
| 312. Intuitive Surigical Inc. | | None | J | T | Buy | 03/13/20 | J | | |
| 313. | | | | | Buy (add'l) | 03/19/20 | J | | |
| 314. | | | | | Sold (part) | 05/15/20 | J | A | |
| 315. | | | | | Buy (add'l) | 10/15/20 | J | | |
| 316. iShares Gold | | None | K | T | Buy | 04/24/20 | J | | |
| 317. | | | | | Sold (part) | 05/15/20 | J | A | |
| 318. | | | | | Buy (add'l) | 08/31/20 | J | | |
| 319. | | | | | Buy (add'l) | 10/15/20 | J | | |
| 320. iShares TR TIPS BD ETF | A | Dividend | K | T | Buy | 05/15/20 | L | | |
| 321. | | | | | Sold (part) | 10/15/20 | K | B | |
| 322. iShares TR Core US Aggregate BD ETF | A | Dividend | K | T | Buy | 05/15/20 | K | | |
| 323. | | | | | Sold (part) | 10/15/20 | K | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 5/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. iShares TR Core MSCI EAFE ETF | C | Dividend | M | T | Buy | 03/19/20 | J | | |
| 325. | | | | | Buy (add'l) | 04/29/20 | L | | |
| 326. | | | | | Sold (part) | 05/15/20 | L | | |
| 327. | | | | | Buy (add'l) | 05/28/20 | J | | |
| 328. | | | | | Buy (add'l) | 10/15/20 | L | | |
| 329. iShares Inc. Core MSCI Emerging MKTS ETF | B | Dividend | M | T | Buy | 03/19/20 | J | | |
| 330. | | | | | Buy (add'l) | 04/01/20 | J | | |
| 331. | | | | | Buy (add'l) | 04/28/20 | L | | |
| 332. | | | | | Sold (part) | 05/15/20 | K | | |
| 333. | | | | | Buy (add'l) | 10/15/20 | K | | |
| 334. Parnassus Mid Cap Fund Institutional Class | A | Dividend | L | T | Buy | 05/07/20 | K | | |
| 335. | A | Distribution | | | Buy (add'l) | 05/12/20 | K | | |
| 336. | | | | | Sold (part) | 05/15/20 | K | | |
| 337. | | | | | Buy (add'l) | 10/15/20 | K | | |
| 338. PGIM Short Term Corporate Bond Fund | A | Dividend | K | T | Buy | 05/15/20 | K | | |
| 339. | | | | | Sold (part) | 10/15/20 | K | A | |
| 340. PIMCO Income Fund | B | Dividend | J | T | Buy | 05/15/20 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Greenaway, Joseph A. | 5/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 341. | | | | | Sold<br>(part) | 10/15/20 | L | C | |
| 342.  Raytheon Technologies Corp. | A | Dividend | J | T | Buy | 11/11/20 | J | | |
| 343.  S&P Global Inc. | A | Dividend | J | T | Buy | 03/13/20 | J | | |
| 344. | | | | | Sold<br>(part) | 05/15/20 | J | A | |
| 345. | | | | | Buy<br>(add'l) | 10/15/20 | J | | |
| 346.  US Treasury Notes .25% 1/15/25 | A | Interest | M | T | Buy | 03/20/20 | M | | |
| 347. | | | | | Sold<br>(part) | 10/14/20 | K | C | |
| 348.  Vanguard Mid Cap ETF | A | Dividend | L | T | Buy | 03/19/20 | J | | |
| 349. | | | | | Buy<br>(add'l) | 03/27/20 | J | | |
| 350. | | | | | Buy<br>(add'l) | 04/01/20 | J | | |
| 351. | | | | | Buy<br>(add'l) | 05/13/20 | K | | |
| 352. | | | | | Sold<br>(part) | 05/15/20 | K | | |
| 353. | | | | | Buy<br>(add'l) | 10/15/20 | K | | |
| 354.  Waste Management Inc. | A | Dividend | J | T | Buy | 01/14/20 | J | | |
| 355. | | | | | Buy<br>(add'l) | 03/19/20 | J | | |
| 356. | | | | | Sold<br>(part) | 05/15/20 | J | | |
| 357. | | | | | Buy<br>(add'l) | 10/15/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greenaway, Joseph A.** | 5/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Wells Fargo Medium Term NTS 1.25% 6/30/25 | A | Interest | J | T | Buy | 06/18/20 | K | | |
| 359. | | | | | Sold (part) | 10/14/20 | J | | |
| 360. WI FHLMC Multiclass Partn CTFS GTD SER FT 1.5% 6/1/50 | | None | | | Buy | 06/08/20 | K | | |
| 361. | | | | | Sold | 06/29/20 | K | | |
| 362. Zoeti's Inc. | A | Dividend | J | T | Buy | 03/20/20 | J | | |
| 363. | | | | | Sold (part) | 05/15/20 | J | A | |
| 364. | | | | | Buy (add'l) | 10/15/20 | J | | |
| 365. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Greenaway, Joseph A.** | 5/12/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Comments to Section VII.

On lines 10 and 272, I included a notation (Y) because I transferred these assets to ▮▮▮▮▮▮▮.

On line 24, I list Northwestern Mutual Life Insurance. This policy is a whole life policy.

On May 1, 2020, ▮▮▮▮▮▮ moved ▮▮ retirement accounts from the Vanguard Target Retirement 2035 fund to the Vanguard Wellsley Income Fund Adm. I noted this as a full sale on lines 51 and 77 and then as a purchase on lines 52 and 78.

Line 116: On March 2, 2020, my broker converted the Federated Prime Cash Obligation fund to a standard bank account.

Lines 303 & 304: My broker cancelled this transaction before anything was purchased. Pursuant to adivce from the Financial Disclosure Office, I am reporting it as buy and sell transactions, even though no purchase or sale was completed.

Lines 360 & 361: My broker cancelled this transaction before anything was purchased. Pursuant to adivce from the Financial Disclosure Office, I am reporting it as buy and sell transactions, even though no purchase or sale was completed.

| Name of Person Reporting | Date of Report |
|---|---|
| **Greenaway, Joseph A.** | 5/12/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joseph A. Greenaway**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544